CO-386
10/2018

# United States District Court
# For the District of Columbia

Center for Biological Diversity            )
                                           )
                                           )
                                           )
                    Plaintiff              )
          vs                               )     Civil Action No.___21-1491_____
U.S. International Development Finance     )
Corporation                                )
                                           )
                                           )
                    Defendant              )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Center for Biological Diversity   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   Center for Biological Diversity   which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                                   Attorney of Record

                                                   _____
                                                   Signature

 DC # 455266_____          /s/ William J. Snape, III_____
BAR IDENTIFICATION NO.                     Print Name

                                            4300 Nebraska Ave, NW  (AU WCL)
                                           Address

                                            Washington         DC       20016
                                           City            State        Zip Code

                                            202-536-9351_____
                                           Phone Number