CO-386
10/2018

# United States District Court
# For the District of Columbia

Center for Biological Diversity )
)
)
)
Plaintiff )
vs )   Civil Action No. __21-1491_____
)
U.S. International Development Finance )
Corporation )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Center for International Environmental Law__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center for International Environmental Law__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_DC # 455266_____   /s/ William J. Snape, III_____
BAR IDENTIFICATION NO.   Print Name

 4300 Nebraska Ave, NW  (AU WCL)
Address

 Washington          DC        20016
City          State          Zip Code

 202-536-9351_____
Phone Number