CO-386
10/2018

# United States District Court
# For the District of Columbia

Center for Biological Diversity    )
)
)
)
                      Plaintiff   )      Civil Action No.____21-1491_____
vs                      )
U.S. International Development Finance  )
Corporation                   )
)
                    Defendant  )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for ___Friends  of the Earth_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___Friends of the Earth_____ which  have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_DC # 455266_____    /s/ William J. Snape, III_____
BAR IDENTIFICATION NO.                   Print Name

                                     4300 Nebraska Ave, NW  (AU WCL)
                                   Address

                                   Washington      DC      20016
                                   City            State         Zip Code

                                   202-536-9351_____
                                   Phone Number