

**Board of Directors Meeting**
**Thursday, December 10, 2020, ~2:30PM**

**This event is closed to the public**

**Information summaries for the below listed projects can be found on dfc.gov**

**Meeting Agenda**

I. **CHAIRMAN OPENS MEETING**

II. **ADMINISTRTIVE APPROVALS**

    a. **Minutes** – September 9, 2020 DFC Board of Directors Meeting

    b. **Board of Directors Public Engagement Policy**

    c. **Dividend to Treasury**

III. **PROJECT APPROVALS**

    a. Pearl Petroleum (Iraq)
       Structured Finance

    b. Africa Data Centres Holding Limited (Africa)
       Structured Finance

    c. Banco de la Producción (Produbanco) (Ecuador)
       Structured Finance

    d. Three Seas Initiative Investment Fund (Europe Regional)
       Investment Fund

    e. Vodacom (Ethiopia)
       Structured Finance

IV. **REPORTS**

V. **MEETING ADJORNED**

Location: Meeting will be held via videoconference