

**Board of Directors Meeting**
**Tuesday, March 9, 2021**

**This event is closed to the public**

**An information summary for the below listed project can be found on dfc.gov**

**Meeting Agenda**

I.      **CHAIRMAN OPENS MEETING**

II.     **MANAGEMENT REPORT**

III.    **PROJECT APPROVAL**

    a.  Banco BTG Pactual S.A. (Brazil)
        Structured Finance

IV.    **ADMINISTRATIVE APPROVALS**

    a.  **Risk Committee Nomination**

    b.  **Minutes –** December 10, 2020 DFC Board of Directors Meeting

    c.  **Minutes –** January 12, 2021 DFC Board of Directors Meeting

V.     **REPORTS**

    a.  Office of Inspector General - Update
        Anthony Zakel, Inspector General

Location: Meeting will be held via videoconference