

**Board of Directors Meeting**
**Wednesday, June 9, 2021**

**This event is closed to the public**

**An information summary for the below listed project can be found on dfc.gov**

**Meeting Agenda**

**I.      CHAIRMAN OPENS MEETING**

**II.     MANAGEMENT REPORT**

**III.    PROJECT APPROVALS**

   **a.** Avaada Sunrays Energy Private Limited
   Structured Finance

**IV.    ADMINISTRATIVE APPROVALS**

   **a. Minutes –** March 9, 2021, DFC Board of Directors Meeting

**V.     PRESENTATIONS**

   **a.** Development Advisory Council Report to the Board
   Mr. Robert Mosbacher, Development Advisory Council

   **b.** Audi Committee Report
   Chris Vincze, Audit Committee Chair

**Location:** Meeting will be held via videoconference