# DFC Approves Nearly $873 Million in New Investments to Advance Development, COVID-19 Response

June 9, 2021

**WASHINGTON** – U.S. International Development Finance Corporation (DFC) approved nearly $873 million in new investments this quarter. The Board of Directors has approved seven investments totaling $622 million that will advance global COVID-19 response, promote gender equity while advancing development in low and lower-middle income countries. The agency approved ten other investments totaling nearly $251 million since the last quarterly Board meeting in March.

"The new investments approved this quarter by DFC's Board of Directors will advance development and allow us to reach underserved communities around the world," said DFC Acting CEO **Dev Jagadesan**. "DFC's investments will continue to tackle the most pressing issues facing the developing world, including the COVID-19 pandemic, gender inequality, and food insecurity."

In advance of the Board meeting, DFC held a public hearing, where representatives from the public had the opportunity to share their views on DFC's work. United States Agency for International Development (USAID) Administrator Samantha Power joined today's Board meeting in her role as vice-Chair, her first DFC Board meeting. In her opening remarks, Administrator Power emphasized the importance of the strong relationship between DFC and USAID, and ways to further grow that partnership to tackle challenges like global COVID-19 recovery.

This quarter, DFC's Board of Directors approved seven projects that will advance development in low and lower-middle income countries; provide capital for small businesses struggling with the economic impacts of the COVID-19 pandemic; advance the growth of the technology sector in South Asia; expand credit for growing medium-sized enterprises in Africa and the Middle East; and more.

Over the past quarter, DFC focused on projects that advance development impact; gender equity; climate solutions; COVID-19 response and health system resiliency; and infrastructure, connectivity, and technology. The investments approved this quarter advance DFC's development strategy *Roadmap for Impact* and are part of DFC's flagship initiatives including the [2X Women's Initiative](), [Portfolio for Impact and Innovation (PI2)](), and [Global Health and Prosperity Initiative]().

DFC continues to focus on development in countries where the agency can provide the greatest impact. More than 82 percent of DFC's investments approved this quarter will benefit low and lower-middle income countries, as well as fragile states.

Investments approved by the Board this quarter include:

- **Growing medium-sized companies in Africa and the Middle East:** An equity commitment of up to $30 million to an investment fund managed by an affiliate of BluePeak Private Capital GP, Sarl that will provide credit to growing medium-sized enterprises in Africa and the Middle East, promoting development and economic growth in low and lower-middle income countries.
- **Expanding reliable power in Sierra Leone:** A loan of up to $217 million to CECA SL Generation Limited will help develop, construct, and operate an approximately 87 megawatt power plant and associated infrastructure in Sierra Leone, the first project of its kind for this low-income country with one of the lowest electricity access rates in the world. This investment will have a highly developmental effect in Sierra Leone, enabling reliable power to reach businesses and communities throughout the country, providing power generation to meet approximately 24 percent of projected electricity demand. It will also help support future transitions to renewable energy sources like solar and wind power. DFC's financing is contingent upon the Government of Sierra Leone passing implementing legislation for the New York Convention under Sierra Leone law.
- **Investing in India's technology sector:** An equity commitment of up to $20 million to a private equity fund managed by Chiratae Advisors Company Limited to support the technology sector in India through investments in health tech, fin tech, agri tech, consumer media and tech, deep tech and SaaS companies operating in the country.
- **Growing businesses in Sri Lanka:** A $150 million loan to DFCC Bank PLC for on-lending to MSMEs in Sri Lanka, facilitating inclusive economic growth in the country.
- **Lending to women-owned businesses in Sri Lanka:** A $75 million loan to National Development Bank PLC to provide on-lending to MSMEs in Sri Lanka with a focus on lending to women-owned SMEs.
- **Expanding access to capital for innovative technology companies in Southeast Asia:** An equity commitment of up to $30 million to Openspace Ventures Pte Ltd, a private equity fund that targets mid- and later-stage venture investments in technology companies across Southeast Asia.
- **Supporting businesses in Georgia through the COVID-19 economic crisis:** An up to $100 million corporate loan facility will allow JSC Bank of Georgia to expand funding to its micro-, small-, and medium-sized enterprise clients impacted by the economic crisis as a result of the COVID-19 pandemic.

Additional sub-Board projects approved by DFC since its last quarterly Board meeting include:

- **Providing liquidity to businesses in Central America:** More than $92 million in financing to an existing DFC borrower, CrediQ, will fund the expansion of CrediQ's vehicle finance and leasing programs for small and medium enterprises in El Salvador and Costa Rica. The financing will alleviate the impacts of COVID-19 on businesses and available financing in the region. Several of these investments were highlighted in Vice President Harris's visit to Guatemala.
- **Improving access to safe drinking water in Africa:** $1.4 million in financing to Franchise Impact Solutions Facility will provide sale-leaseback financing for JIBU, a

- water filtration and distribution franchisor in Kenya, allowing it to finance its expansion throughout the region.
- **Bolstering energy access companies through COVID-19 recovery:** $10 million in financing for the COVID-19 Energy Access Relief Fund (EARF) will support energy access companies in lower-middle income countries that are attempting to endure and recover from the health and the economic crises.
- **Promoting education in Vietnam:** $37 million in financing for Fulbright University Vietnam (FUV) Corporation will support the construction and operation of a new campus in Ho Chi Minh City. FUV, which is Vietnam's first independent, private and nonprofit liberal arts university, was licensed in 2016 with the assistance of $40 million from the U.S. government. USAID granted $7.2 million to FUV from 2017 to 2020 and awarded a $4.65 million grant last year to advance the university's goal of international accreditation.
- **Improving shipping and logistics in Brazil:** A $3 million loan to Quantumid Brasil Tecnologia Ltd. will expand proprietary technology and services to Latin America for airline cargo logistics and management, helping improve business operations and enable growth throughout the region.
- **Supporting agriculture SMEs in Rwanda:** A $7 million loan portfolio guaranty to Compagnie Générale de Banque (Cogebanque), with support from USAID/Rwanda, will assist lending to agriculture small and medium-sized enterprises, improving long-term food security.
- **Funding mortgages for low-income women in India:** $30 million in financing for India Shelter Finance Corporation Ltd. will help fund mortgages, mostly for low-income women borrowers, in multiple Indian states, promoting gender equity and inclusion.
- **Assisting smallholder farmers in Nigeria:** An investment guaranty for a $10 million loan to Babban Gona Farmer Services Nigeria Ltd. will finance procurement of inputs and on-lending to smallholder farmers, boosting rural agriculture and food security in Nigeria.
- **Helping MSMEs in India:** A $10 million loan to AryaDhan Financial Solutions Pvt. Ltd. will provide commodity backed post-harvest loans to micro-, small and medium-sized enterprises across India, providing additional stability to the agriculture sector and promoting growth.
- **Providing long-term mortgages in India:** $50 million in financing to Motilal Oswal Home Finance Ltd. will finance long-term funding for low-income mortgages throughout India, advancing financial inclusion and economic stability in the country.

Many of these investments are subject to Congressional Notification.

###

*U.S. International Development Finance Corporation (DFC) is America's development bank. DFC partners with the private sector to finance solutions to the most critical challenges facing the developing world today. We invest across sectors including energy, healthcare, critical infrastructure, and technology. DFC also provides financing for small businesses and women*

*entrepreneurs in order to create jobs in emerging markets. DFC investments adhere to high standards and respect the environment, human rights, and worker rights.*