**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*  ) | |
| ) | |
| Plaintiffs                                    ) | |
| ) | |
| v.                                            ) | |
| ) | Civil Action No. 21-cv-1491 (CRC) |
| U.S. INTERNATIONAL DEVELOPMENT           ) | |
| FINANCE CORPORATION,                          ) | |
| 1100 New York Avenue Northwest,               ) | |
| Washington, DC 20527,                         ) | |
| ) | |
| Defendant                                     ) | |

**DEFENDANT'S MOTION TO DISMISS**

Defendant U.S. International Development Finance Corp. moves the Court to dismiss this action for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure or for failure to state a claim upon which relief can be granted under Rule 12(b)(6), for the reasons explained in the attached memorandum of points and authorities.

Date: July 9, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ JAMES C. LUH
JAMES C. LUH
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov
Attorneys for Defendant