Steering Committee Point of Contact receives are considered part of the public record and may be publicly accessible. Any personally identifiable information (*e.g.,* name, address) submitted voluntarily by the sender may also be publicly accessible. NOAA will accept anonymous comments (enter ''N/A'' in the required fields if you wish to remain anonymous).

**FOR FURTHER INFORMATION CONTACT:** Jason Philibotte, NOAA USCRTF Steering Committee Point of Contact, NOAA Coral Reef Conservation Program, 1305 East-West Highway, NOS/OCM, Silver Spring, MD 20910 at (301) 533–0767 or Liza Johnson, USCRTF Executive Secretary, U.S. Department of Interior, MS–3530–MIB, 1849 C Street NW, Washington, DC 20240 at (202) 208–5004 or visit the USCRTF website at *http://www.coralreef.gov.*

**SUPPLEMENTARY INFORMATION:** The meeting provides a forum for coordinated planning and action among federal agencies, state and territorial governments, and nongovernmental partners. Registration is requested for all events associated with the meeting. This meeting has time allotted for public comment. All public comments must be submitted in written format. A written summary of the meeting will be posted on the USCRTF website within two months of occurrence. For information about the meeting, registering and submitting public comments, go to *http://www.coralreef.gov.*

Commenters may address the meeting, the role of the USCRTF, or general coral reef conservation issues. Before including your address, phone number, email address, or other personally identifiable information in your comments, you should be aware that your entire comment, including personally identifiable information, may be made publicly available at any time. While you can ask us in your comment to withhold your personally identifiable information from public review, we cannot guarantee that we will be able to do so.

Established by Presidential Executive Order 13089 in 1998, the USCRTF mission is to lead, coordinate and strengthen U.S. government actions to better preserve and protect coral reef ecosystems. Co-chaired by the Departments of Commerce and Interior, USCRTF members include leaders of 13 federal agencies, seven U.S. states and territories, and three freely associated states.

You may participate and submit oral comments at the public meeting. The public meeting occurs annually in Washington, DC, and is scheduled as follows:

*Date:* Wednesday, March 18, 2020.
*Time:* 8:30 a.m. to 5 p.m., local time.
*Location:* Department of Interior, Auditorium, 1849 C St. NW, Washington, DC 20240.

Written comments must be received on or before Thursday, March 12, 2020.

Dated: February 28, 2020.

**Nicole R. LeBoeuf,**
*Acting Assistant Administrator, National Ocean Service, National Oceanic and Atmospheric Administration.*
[FR Doc. 2020–04443 Filed 3–3–20; 8:45 am]
**BILLING CODE 3510–08–P**

## U.S. INTERNATIONAL DEVELOPMENT FINANCE CORPORATION

### Sunshine Act Meeting Notice

**TIME AND DATE:** Wednesday, March 11, 2020 2:00 p.m. (OPEN Portion) 2:15 p.m. (CLOSED Portion)

**PLACE:** Offices of the Corporation, Twelfth Floor Board Room, 1100 New York Avenue NW, Washington, DC.

**STATUS:** Meeting OPEN to the Public.

**MATTERS TO BE CONSIDERED:**
1. Approval—Audit Committee Nominations
2. Approval—Risk Committee Nominations
3. Minutes of the Open Session of the December 11, 2019, Board of Directors Meeting

**FURTHER MATTERS TO BE CONSIDERED (CLOSED TO THE PUBLIC 2:15 P.M.)**
1. Reports
2. Finance Project—Cambodia, Ecuador, Guatemala, India, Indonesia, Kenya, Mexico, Nigeria, Peru, Uganda
3. Insurance Project—Kenya
4. Insurance Project—St. Lucia
5. Finance Project—Mexico
6. Finance Project—Singapore
7. Minutes of the Closed Session of the December 11, 2019, Board of Directors Meeting
8. Pending Projects

**ATTENDANCE AT THE OPEN PORTION OF THE MEETING:** Members of the public planning to attend the the open portion of the Board meeting are asked to register no later than Monday, March 9, 2020. To register, attendees must email *Catherine.Andrade@dfc.gov* with the attendee's full name as it appears on their official, government-issued identification. Access will not be granted to the open portion of the Board meeting without official, government-issued identification.

**CONTACT PERSON FOR MORE INFORMATION:** Agenda subject to change. Information on the meeting may be obtained from Catherine F.I. Andrade at (202) 336–8768, or via email at *Catherine.Andrade@dfc.gov.*

Dated: March 2, 2020.

**Catherine Andrade,**
*Corporate Secretary, U.S. International Development Finance Corporation.*
[FR Doc. 2020–04523 Filed 3–2–20; 4:15 pm]
**BILLING CODE 3210–01–P**

## DEPARTMENT OF EDUCATION

[Docket No. ED–2020–SCC–0043]

### Agency Information Collection Activities; Comment Request; Borrower Defense to Loan Repayment Universal Form

**AGENCY:** Federal Student Aid (FSA), Department of Education (ED).

**ACTION:** Notice.

**SUMMARY:** In accordance with the Paperwork Reduction Act of 1995, ED is proposing a new information collection.

**DATES:** Interested persons are invited to submit comments on or before May 4, 2020.

**ADDRESSES:** To access and review all the documents related to the information collection listed in this notice, please use *http://www.regulations.gov* by searching the Docket ID number ED–2020–SCC–0043. Comments submitted in response to this notice should be submitted electronically through the Federal eRulemaking Portal at *http://www.regulations.gov* by selecting the Docket ID number or via postal mail, commercial delivery, or hand delivery. If the *regulations.gov* site is not available to the public for any reason, ED will temporarily accept comments at *ICDocketMgr@ed.gov.* Please include the docket ID number and the title of the information collection request when requesting documents or submitting comments. *Please note that comments submitted by fax or email and those submitted after the comment period will not be accepted.* Written requests for information or comments submitted by postal mail or delivery should be addressed to the Director of the Strategic Collections and Clearance Governance and Strategy Division, U.S. Department of Education, 400 Maryland Ave. SW, LBJ, Room 6W–208D, Washington, DC 20202–4537.

**FOR FURTHER INFORMATION CONTACT:** For specific questions related to collection activities, please contact Beth Grebeldinger, 202–377–4018.

**SUPPLEMENTARY INFORMATION:** The Department of Education (ED), in