IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION, <br><br> Defendant. | Civil Action No. 1:21-cv-1491-CRC |

**NOTICE OF SUPPLEMENTAL FACTS**

Plaintiffs hereby notify the Court that Defendant U.S. Development Finance Corporation (DFC) had another Board meeting on December 8, 2021, which again raised issues about the agency's compliance with the Sunshine Act and the Administrative Procedure Act. This Notice is accompanied by a Supplemental Declaration from Kate DeAngelis of Plaintiff Friends of the Earth.

Alternatively, Plaintiffs request the Court take judicial notice of the documents found on the public DFC website, and contained in Ms. DeAngelis' Supplementary Declaration, attached. *See, e.g., Al-Aulaqi v. Panetta*, 35 F.Supp.3d 56, 67 (D.D.C. 2014) ("A court may take judicial notice of facts contained in public records of other proceedings[.]") (citing *Covad Commc'ns Co. v. Bell Atlantic Co.*, 407 F.3d 1220, 1222 (D.C. Cir. 2005) ).

Respectfully submitted,

/s/

William J. Snape, III

Center for Biological Diversity

America University, Washington College of Law

4300 Nebraska Ave, NW

Washington DC 20016

wsnape@wcl.american.edu

bsnape@biologicaldiversity.org

202-536-9351

Counsel for Plaintiffs

Dated:  December 15, 2021