UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. INTERNATIONAL DEVELOPMENT FINANCE CORP.,** <br><br> Defendant. | Case No. 21-cv-1491 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [8] Defendants' Motion to Dismiss is GRANTED.

This is a final appealable order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: February 11, 2022